# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ERIN REILLY,

    Plaintiff,

v.

                                  Case No. 6:22-cv-1892-WWB-DCI

PETAL & PUP USA, INC.,

    Defendant.

_____

## **ORDER**

    THIS CAUSE is before the Court on Plaintiff's Notice Voluntary Dismissal With Prejudice (Doc. 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

    **DONE AND ORDERED** at Orlando, Florida on January 3, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record